## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

VERONICA DEL PILAR RUIZ,
individually and on behalf of all others similarly
situated who consent to their inclusion;

      Plaintiffs                        CASE NO.: 2:14-cv-00404-SPC-CM

v.

CIRCLE K STORES, INC.,
a foreign corporation, MAC'S                    COLLECTIVE ACTION
CONVENIENCE STORES, LLC,                REPRESENTATION
a foreign corporation, d/b/a Circle K
ALIMENTATION COUCHE-TARD INC.
a foreign corporation, d/b/a Circle K and
MID-ATLANTIC CONVENIENCE STORES,
LLC, a foreign corporation d/b/a Circle K,

      Defendants.

_____/

### Consent to Join Collective Action, Claim Wages and Toll Statute of Limitations

1. I understand that the named Plaintiffs above have brought the captioned lawsuit under the Fair Labor Standards Act to secure unpaid overtime wages, liquidated damages, prejudgment interest, attorneys' fees, costs, and other relief.

2. It is my understanding that almost all claims can be barred for not filing a claim in a timely manner and that the statute of limitations will be tolled by filing a written consent to join this lawsuit, which may be done through this form titled "Consent to Join Collective Action, Claim Wages, and Toll Statute of Limitations." See 29 CFR 790.21.

3. I worked for the above Defendant as a **STORE MANAGER** from June of 2009 through June of 2013. I worked more than 40 hours in one or more weeks for which I was not paid overtime wages.

4. By my signature below, I authorize the filing and prosecution of claims in my name and on my behalf to contest the failure of the Defendant in the above captioned case to pay me overtime wages as required by federal law and also authorizing the filing of this consent in the above-captioned action challenging such conduct.

5. This form shall act as my consent to opt-in now, and in the future should the complaint be amended so that I do not have to file multiple consents any time the complaint is amended. I

authorize the above named Plaintiffs and designate them as my agents to make decisions on my behalf concerning the litigation, to negotiate and/or settle any and all compensation claims(s) I have against the Defendant(s) and the entering of an agreement with Plaintiffs' counsel concerning attorneys' fees and costs.

6. I specifically authorize the named Plaintiffs, along with counsel of record for the named Plaintiffs, Feldman Morgado, P.A., to represent me in this lawsuit, to act as my agent to prosecute this lawsuit on my behalf, and to negotiate a settlement of any and all compensation claim(s) I have against the Defendants under the Fair Labor Standards Act or any applicable State wage law. I understand that Feldman, Morgado is prosecuting the case on a contingency basis and I will not be charged any attorneys' fees by the firm unless the firm recovers money on my behalf.

Dated: __5/28/14__          By: ___Tina M. Sanders___
                                 **Tina Sanders** (Signature)

          c/o   Feldman Morgado, P.A.
                501 North Reo Street
                Tampa, FL 33609
                (813) 639-9366 (Ph.) / (813) 639-9376 (Fax)