**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**VERONICA DEL PILAR RUIZ,**
**and SAGAR DALIYA, Individually**
**and on behalf of all others similarly**
**situated who consent to their inclusion;**

      Plaintiffs,                                CASE NO.: 2:14-cv-00404-SPC-CM

v.

**CIRCLE K STORES, INC.,**                    **COLLECTIVE ACTION**
**a foreign corporation, MAC'S**              **REPRESENTATION**
**CONVENIENCE STORES, LLC,**
**a foreign corporation, d/b/a Circle K**
**ALIMENTATION COUCHE-TARD INC.**
**a foreign corporation, d/b/a Circle K and**
**MID-ATLANTIC CONVENIENCE STORES,**
**LLC, a foreign corporation d/b/a Circle K,**

      **Defendants.**
_____/

## NOTICE OF APPEARANCE FOR MITCHELL L. FELDMAN

Please take notice that the undersigned hereby appears as attorney for Plaintiffs, VERONICA DEL PILAR RUIZ and SAGAR DALIYA, individually and on behalf of all other similarly situated who consent to their inclusion in this matter, and requests that all future pleadings and correspondence be forwarded to him at his office.

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing instrument was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.

**Dated:  July 25, 2014**

By:     _/s/ Mitchell L. Feldman_
        Mitchell L. Feldman, Esquire (FBN:  0080349)
        **FELDMAN MORGADO, P.A.**
        501 North Reo Street
        Tampa, Florida 33609
        Phone: (813) 639-9366
        Fax:    (813) 639-9376
        Email: mfeldman@ffmlawgroup.com