**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**VERONICA DEL PILAR RUIZ and**
**SAGAR DALIYA, individually and on**
**behalf of all others similarly situated**
**who consent to their inclusion,**

    **Plaintiffs,**

v.                                                         Case No.: 2:14-cv-404-FtM-38CM

**CIRCLE K STORES, INC., MAC'S**
**CONVENIENCE STORES, LLC,**
**ALIMENTATION COUCHE-TARD**
**INC. and MID-ATLANTIC**
**CONVENIENCE STORES, LLC.,**

    **Defendants.**
_____/

## DEFENDANT CIRCLE K'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

Defendant, CIRCLE K STORES, INC., by and through its undersigned attorneys, hereby discloses the following pursuant to this Court's Interested Persons Order for Civil Cases [Dkt. 30]:

    1.    The names of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

        a.    Plaintiff Veronica Del Pilar Ruiz

        b.    Plaintiff Sagar Daliya

        c.    Opt-In Plaintiff Michael Kapfhammer, III

        d.    Opt-In Plaintiff India Donald

        e.    Opt-In Plaintiff Shyanet Dcunha

f. Opt-In Plaintiff Katina R. View

g. Opt-In Plaintiff Deanna Hale

h. Opt-In Plaintiff Whitney McNeil

i. Opt-In Plaintiff George Box

j. Opt-In Plaintiff Carol Jones

k. Opt-In Plaintiff Tina Sanders

l. Opt-In Plaintiff Sharon Briggs

m. Opt-In Plaintiff Eric Giroux

n. Opt-In Plaintiff Chenele Reeves

o. Opt-In Plaintiff Mickey Palgiaroli

p. Opt-In Plaintiff Gerald Fuller

q. Opt-In Plaintiff Erin Vonderman

r. Opt-In Plaintiff Lisa Novak

s. Feldman Morgado, P.A. – Plaintiffs' Attorneys

t. Mitchell L. Feldman, Esq. – Plaintiffs' Counsel

u. Bradley A. Tobin, Esq. – Plaintiffs' Counsel

v. Defendant Circle K Stores, Inc.

w. Defendant Mac's Convenience Stores, LLC

x. Defendant Alimentation Couche-Tard, Inc.

y. Defendant Mid-Atlantic Convenience Stores, LLC

z. Ogletree, Deakins, Nash, Smoak & Stewart, P.C. – Attorneys for Defendant Circle K Stores, Inc., Defendant Mac's Convenience Stores, LLC, and Defendant Alimentation Couche-Tard, Inc.

aa. William E. Grob, Esq. – Counsel for Defendant Circle K Stores Inc., Defendant Mac's Convenience Stores, LLC, and Defendant Alimentation Couche-Tard, Inc.

bb. Jennifer Monrose Moore, Esq. – Counsel for Defendant Circle K Stores Inc., Defendant Mac's Convenience Stores, LLC, and Defendant Alimentation Couche-Tard, Inc.

cc. Gretchen M. Lehman, Esq. – Counsel for Defendant Circle K Stores Inc., Defendant Mac's Convenience Stores, LLC, and Defendant Alimentation Couche-Tard, Inc.

dd. Couche-Tard Inc. – wholly owned Canadian subsidiary of Defendant Alimentation Couche-Tard, Inc.

ee. Mac's Convenience Stores, Inc. – wholly owned Canadian subsidiary of Defendant Alimentation Couche-Tard, Inc.

ff. Statoil Fuel & Retail AS – wholly owned subsidiary of Defendant Alimentation Couche-Tard, Inc.

2. The name of every other entity whose publicly-traded stock, equity or debt may be substantially affected by the outcome of the proceedings.

None known at this time.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None known at this time.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Plaintiff Veronica Del Pilar Ruiz, Plaintiff Sagar Daliya, Opt-In Plaintiff Michael Kapfhammer, III, Opt-In Plaintiff India Donald, Opt-In Plaintiff Shyanet Dcunha, Opt-In Plaintiff Katina R. View, Opt-In Plaintiff Deanna Hale, Opt-In Plaintiff Whitney McNeil, Opt-In Plaintiff George Box, Opt-In Plaintiff Carol Jones, Opt-In Plaintiff Tina Sanders, Opt-In Plaintiff Sharon Briggs, Opt-In Plaintiff Eric Giroux, Opt-In Plaintiff Chenele Reeves, Opt-In Plaintiff Mickey Palgiaroli, Opt-In Plaintiff Erin Vonderman, Opt-In Plaintiff Gerald Fuller, Opt-In Plaintiff Lisa Novak, and all other opt-in plaintiffs who may consent to join this lawsuit.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and

will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

DATED this 24th day of September, 2014.

Respectfully submitted,

/s/ Jennifer M. Moore, Esq.
William E. Grob, Esq.
Fla. Bar No.: 463124
Jennifer M. Moore, Esq.
Fla. Bar No.: 0035602
Gretchen M. Lehman, Esq.
Fla. Bar No.: 46365
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, FL 33602
Telephone: 813.289.1247
Facsimile: 813.289.6530
william.grob@ogletreedeakins.com
jennifer.moore@ogletreedeakins.com
gretchen.lehman@ogletreedeakins.com
*Attorneys for Defendants Circle K Stores Inc., Mac's Convenience Stores, LLC, and Alimentation Couche-Tard, Inc.*

## CERTIFICATE OF SERVICE

I certify that, on September 24, 2014, I electronically filed the foregoing document using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record: Mitchell L. Feldman, Esq. and Bradley A. Tobin, Esq., Feldman Morgado, P.A., 501 North Reo Street, Tampa, FL 33609, *Counsel for Plaintiffs*.

/s/ Jennifer M. Moore, Esq.
Attorney