**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

VERONICA DEL PILAR RUIZ, and
SAGAR DALIYA, Individually and on
behalf of all others similarly situated who
consent to their inclusion,

      Plaintiffs,

v.

CONVENIENCE STORES, LLC,
A foreign corporation, MAC'S
CONVENIENCE STORES, LLC
A foreign corporation, d/b/a Circle K,
ALIMENTATION COUCE-TARD, INC.
A foreign corporation, d/b/a Circle K, and
MID-ATLANTIC CONVENIENCE
STORES, LLC, a foreign corporation d/b/a
Circle K,

      Defendants.

**CIVIL ACTION NO.**

**2:14-cv-00404-SPC-CM**

---

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

      Defendant, MID-ATLANTIC CONVENIENCE STORES, LLC, by and through its attorneys, hereby discloses the following pursuant to this Court's interested persons order:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

        a.    Plaintiff Veronica Del Pilar Ruiz

        b.    Plaintiff Sagar Daliya

        c.    Opt-In Plaintiff Michael Kapfhammer, III

d.    Opt-In Plaintiff India Donald

e.    Opt-In Plaintiff Shyanet Dcunha

f.    Opt-In Plaintiff Katina R. View

g.    Opt-In Plaintiff DeAnna Hale

h.    Opt-In Plaintiff Whitney McNeil

i.    Opt-In Plaintiff George Box

j.    Opt-In Plaintiff Carol L. Jones

k.    Opt-In Plaintiff Tina M. Sanders

l.    Opt-In Plaintiff Sharon Briggs

m.    Opt-In Plaintiff Eric Giroux

n.    Opt-In Plaintiff Chenele Reeves

o.    Opt-In Plaintiff Mickey Palgiaroli

p.    Opt-In Plaintiff Gerald Fuller

q.    Opt-In Plaintiff Erin Vonderman

r.    Opt-In Plaintiff Lisa Novak

s.    Feldman Morgado, P.A. – Plaintiffs' Attorneys

t.    Mitchell L. Feldman, Esq. – Plaintiffs' Counsel

u.    Bradley A. Tobin, Esq. – Plaintiffs' Counsel

v.    Defendant, Circle K Stores, Inc.

w.    Defendant, Mac's Convenience Stores, LLC

x.    Defendant, Alimentation Couche-Tard, Inc.

y.      Dennis Creed, Esq.

z.      Ogletree, Deakins, Nash, Smoak & Stewart, P.C.

aa.     William E. Grob, Esq.

bb.     Jennifer Monrose Moore, Esq.

cc.     Gretchen M. Lehman, Esq.

dd.     Mid-Atlantic Convenience Stores, LLC (MACS) (Defendant)

ee.     ETC M-A Acquisition LLC (parent of MACS)

ff.     Southside Oil, LLC (subsidiary of MACS)

gg.     MACs Retail LLC (subsidiary of MACS)

hh.     Energy Transfer Partners, L.P. (indirect parent of MACS)

ii.     Energy Transfer Equity, L.P. (indirect parent of MACS)

jj.     Littler Mendelson, PC – Counsel for Defendant MACS

kk.     Theresa M. Vreeland, Esq. - Counsel for Defendant MACS

ll.     Patrick G. DeBlasio, III, Esq. - Counsel for Defendant Mid-Atlantic Convenience Stores, LLC

mm.     Opt-In Plaintiff Bryan J. Hatcher

nn.     Opt-In Plaintiff Kerri Edis

oo.     Opt-In Plaintiff Mary R. McGaha

pp.     Golden Scaz Gagain, PLLC - Counsel for Defendant MACS

qq.     Edward F. Gagain, III, Esq. – Counsel for Defendant MACS

2.     The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

       None

3.     The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

       None

4.     The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

       Plaintiff Veronica Del Pilar Ruiz, Plaintiff Sagar Daliya, Opt-In Plaintiff Michael Kapfhammer, III, Opt-In Plaintiff India Donald, Opt-In Plaintiff Shyanet Dcunha, Opt-In Plaintiff Katina R. View, Opt-In Plaintiff Deanna Hale, Opt-In Plaintiff Whitney McNeil, Opt-In Plaintiff George Box, Opt-In Plaintiff Carol Jones, Opt-In Plaintiff Tina Sanders, Opt-In Plaintiff Sharon Briggs, Opt-In Plaintiff Eric Giroux, Opt-In Plaintiff Chenele Reeves, Opt-In Plaintiff Mickey Palgiaroli, Opt-In Plaintiff Erin Vonderman, Opt-In Plaintiff Gerald Fuller, Opt-In Plaintiff Lisa Novak, Opt-In Plaintiff Bryan J. Hatcher, Opt-In Plaintiff Kerri Edis, Opt-In Plaintiff Mary R. McGaha, and all other opt-in plaintiffs who may consent to join this lawsuit.

       I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

September 29th 2014                    Respectfully submitted,


                                      s/Patrick G. DeBlasio, III
                                      Patrick G. DeBlasio, III
                                      pdeblasio@littler.com
                                      Fla. Bar No.: 0871737
                                      Theresa M. Vreeland
                                      tvreeland@littler.com
                                      Fla. Bar No.: 0096161

                                      LITTLER MENDELSON, P.C.
                                      Wells Fargo Center
                                      333 SE 2nd Avenue
                                      Suite 2700
                                      Miami, FL  33131
                                      305.400.7500
                                      305.675.8497 (Fax)

                                      ATTORNEYS FOR DEFENDANT
                                      *MID-ATLANTIC CONVENIENCE STORES,*
                                      *LLC*

### CERTIFICATE OF SERVICE

I hereby certify that on this 29th day of September, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in a manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                      */s/ Patrick G. DeBlasio, III*
                                      Patrick G. DeBlasio, III

**_Service List_**

Mitchell L. Feldman, Esq.
Bradley A. Tobin, Esq.
Email: btobin@ffmlawgroup.com
**Feldman Morgado, P.A.,**
501 North Reo Street
Tampa, FL 33609,
Phone:  813/639-9366
Fax:   813/639-9376
_Counsel for Plaintiffs._
Served via CM/ECF

William E. Grob, Esq.
Fla. Bar No.: 463124
william.grob@ogletreedeakins.com
Jennifer M. Moore, Esq.
Fla. Bar No.: 0035602
 jennifer.moore@ogletreedeakins.com
Gretchen M. Lehman, Esq.
Fla. Bar No.: 46365
gretchen.lehman@ogletreedeakins.com
**OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.**
100 North Tampa Street, Suite 3600
Tampa, FL  33602
Telephone:  813.289.1247
Facsimile:  813.289.6530
_Attorneys for Defendants Circle K Stores Inc.,
Mac's Convenience Stores, LLC, and Alimentation
Couche-Tard, Inc._
Served via CM/ECF

Edward F. Gagain, III, Esq.
Email: egagain@gagfirm.com
**GOLDEN SCAZ GAGAIN, PLLC**
201 N. Armenia Avenue
Tampa, FL 33609
Tel.: 813-251-5500
Fax  813-251-3675
_Counsel for Defendant_
_Mid-Atlantic Convenience Stores, Inc._
Served via CM/ECF
Firmwide:129244740.2 999999.2516