UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VERONICA DEL PILAR RUIZ and SAGAR DALIYA, individually and on behalf of all others similarly situated who consent to their inclusion

        Plaintiffs,

v.                                Case No:  2:14-cv-404-FtM-38CM

CIRCLE K STORES INC., MAC'S CONVENIENCE STORES, LLC, ALIMENTATION COUCHE-TARD INC. and MID-ATLANTIC CONVENIENCE STORES, LLC,

        Defendants.
_____/

### ORDER[1]

This matter comes before the Court on the Defendant, Mid-Atlantic Convenience Stores, LLC's Stipulation Construed as a Motion for Substitution of Counsel (Doc. #47) filed on October 1, 2014.  The Defendant moves the Court to substitute Patrick G. DeBlasion, III, Esq. and Theresa M. Vreeland, Esq. of Littler Mendelson, P.C., Wells Fargo Center, 333 S.E. 2nd Avenue, Suite 2700, Miami, Florida 33131 in place of Edward F. Gagain, III, Esq. of Golden Scaz Gagian, PPLC as attorneys of record for Mid-Atlantic.

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites.  These hyperlinks are provided only for users' convenience.  Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees.  By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites.  Likewise, the court has no agreements with any of these third parties or their Web sites.  The court accepts no responsibility for the availability or functionality of any hyperlink.  Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Having considered Mid-Atlantic's stipulation, the Court finds good cause to grant the substitution of counsel.

Accordingly, it is now

**ORDERED:**

The Defendant, Mid-Atlantic Convenience Stores, LLC's Stipulation Construed as a Motion for Substitution of Counsel (Doc. #47) is **GRANTED**.

(1) Patrick G. DeBlasion, III, Esq. and Theresa M. Vreeland, Esq. of Littler Mendelson, P.C., Wells Fargo Center, 333 S.E. 2nd Avenue, Suite 2700, Miami, Florida 33131 are hereby substituted as counsel of record in this case.

(2) All future motions, correspondence, and filings in this case are to be sent to Patrick G. DeBlasion, III, Esq. and Theresa M. Vreeland, Esq. of Littler Mendelson, P.C.

(3) Edward F. Gagain, III, Esq. of Golden Scaz Gagian, PPLC is relieved of all further responsibility in this case.

(4) The Clerk if the Court is directed to terminate all electronic notifications for Atty. Gagian and the firm of Golden Scaz Gagian, PPLC in this case.

**DONE** and **ORDERED** in Fort Myers, Florida this 6th day of October, 2014.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record

2