UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

VERONICA DEL PILAR RUIZ,
and SAGAR DALIYA, Individually
and on behalf of all others similarly
situated who consent to their inclusion;

    Plaintiffs,

v.

CASE NO.: 2:14-cv-00404-SPC-CM

CIRCLE K STORES, INC.,
a foreign corporation, MAC'S
CONVENIENCE STORES, LLC,
a foreign corporation, d/b/a Circle K

COLLECTIVE ACTION
REPRESENTATION

    Defendants.
_____/

## PLAINTIFF, THERESA VONRUDEN, NOTICE OF FILING ANSWERS TO COURT'S INTERROGATORIES

Plaintiff, THERESA VONRUDEN, by and through the undersigned counsel, hereby files his Answers to the Court's Interrogatories contained in the Scheduling Order and the Order granted Plaintiffs extension of time to Answer said Court Interrogatories.

## ANSWER TO COURT'S INTERROGATORIES

1. During what period of time were you employed by the Defendant?

   *June 2008- June 2013*

2. Who was your immediate supervisor?

   *Sue Bridgewater*

3. Did you have a regularly scheduled work period? If so, specify.

   *No.*

4. What was your title or position? Briefly describe your job duties.

   *Store/General Manager- operation of the store including bookkeeping, ordering, stocking, cashiering, audits, truck orders, counting money, running the register, stocking the coolers, scheduling, as well as maintenance of the store.*

5. What was your regular rate of pay?

6. What is the nature of your claim (check all that apply)?

   X  Off the clock work (Defendant failed to record, or prohibited you from recording, all of your working time;

   X  Misclassification (Defendant mistakenly classified you as exempt from overtime);

   X  Miscalculation (Defendant failed to correctly calculate your compensation);

   ____ Other (Please describe):

7. Provide an accounting of your claim, including:

   (a) Dates:   10/1/2011 to 06/1/2013

   (b) regular hours worked:   40 hours per week

   (c) over-time hours worked: approx. 30 hours OT per week

   (d) pay received versus pay claimed

   (e) total amount claimed: approximately $8,697.00

8. If you have brought this case as a collective action:

   (a) Describe the class of employees you seek to include in this action.

   *All Circle K Store Managers Currently employed or formerly employed within the 3 year period preceding the filing of this lawsuit in the U.S. and its territories who elect to opt into this action pursuant to FLSA, 29 U.S.C. § 216(b).*

(b) Has an opt-in notice been filed for every potential opt-in Plaintiff who has identified himself or herself as a person who wishes to join this action?

*Yes, to my knowledge.*

9. Please specify all attorney's fees and costs incurred to date. With respect to attorney's fees, please provide the hourly rate(s) sought and the number of hours expended by each person who has billed time to this case.

   *The aggregate fees and costs to date are $29,804.48 as follows:*
   *Costs = $684.48*
   *Fees = $29,120.00, broken down by attorney:*
   *1. Mitchell L. Feldman - 12 hours at $350.00 per hour = $4,200.00*
   *2. Bradley A. Tobin – 39.5 hours at $350.00 per hour = $13,825.00*
   *3. Dennis A. Creed, III – 31.7 hours at $350.00 per hour = $11,095.00*

10. When did you (or your attorney) first complain to your employer about alleged violations of the FLSA?

    *My attorney filed the Complaint on July 21, 2014*

11. Was this complaint written or oral? (If a written complaint, please attach a copy).

    *Written see filed Complaint.*

12. What was your employer's response? (If a written response, please attach a copy).

    *Written See filed Answer.*

Theresa VonRuden

STATE OF Ill
COUNTY OF LaSalle

x _Theresa VonRuden_

BEFORE ME, the undersigned authority, on this day, personally appeared Plaintiff Name, who being first duly sworn, deposes and says that he/she has read the foregoing Answers to Interrogatories, knows the contents of same, and to the best of his/her knowledge and belief, the same are true and correct.

SWORN TO AND SUBSCRIBED before me on this ____4th____ day ____December____, 2014.

3

# NOTARY PUBLIC

**Notary Stamp**

> OFFICIAL SEAL
> KATHY JEAN HERMEYER
> NOTARY PUBLIC, STATE OF ILLINOIS
> MY COMMISSION EXPIRES 7/30/2016

Commission

Signature of Person Taking Acknowledgment: Kathy Jean Hermeyer

Print Name: Kathy Jean Hermeyer

Title: Notary Public

~~Serial~~ Commission No. (if any): 607908

Commission Expires: 7-30-2016