UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FT. MYERS DIVISION

**VERONICA DEL PILAR RUIZ and
SAGAR DALIYA, individually and on
behalf of all others similarly situated
who consent to their inclusion,**

    Plaintiffs,

v.                                             Case No.: 2:14-cv-404-FtM-38CM

**CIRCLE K STORES, INC., MAC'S
CONVENIENCE STORES, LLC,
ALIMENTATION COUCHE-TARD
INC. and MID-ATLANTIC
CONVENIENCE STORES, LLC,**

    Defendants.
_____/

## NOTICE OF STATUS OF RELATED CASE

In accordance with this Court's order dated March 12, 2015 (Doc. 83), the parties respectfully inform the court that the *Charles Grahl, et al. vs. Circle K Stores, Inc., et al.* case, filed in the United States District Court for the District of Nevada, has the following current status: Plaintiff's Motion for a Collective Action is still pending.

DATED this 10th day of August, 2015.

                                              Respectfully submitted,

                                              */s/ Jennifer Monrose Moore*
                                              William E. Grob, Esq.
                                              Fla. Bar No.: 463124
                                              Jennifer M. Moore, Esq.
                                              Fla. Bar No.: 0035602
                                              Gretchen M. Lehman, Esq.
                                              Fla. Bar No.: 46365
                                              OGLETREE, DEAKINS, NASH, SMOAK &
                                              STEWART, P.C.
                                              100 North Tampa Street, Suite 3600

Tampa, FL  33602
Telephone:  813.289.1247
Facsimile:  813.289.6530
william.grob@ogletreedeakins.com
jennifer.moore@ogletreedeakins.com
gretchen.lehman@ogletreedeakins.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I certify that, on this 10th day of August, 2015, I electronically filed the foregoing document using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record: Plaintiff's counsel: Mitchell L. Feldman, Feldman Law Group, P.A., 1715 N. Westshore Blvd., Ste. 400, Tampa, FL 33607.

>*/s/ Jennifer Monrose Moore*
>Attorney

22048276.1