**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FT. MYERS DIVISION**

**VERONICA DEL PILAR RUIZ and**
**SAGAR DALIYA, individually and on**
**behalf of all others similarly situated**
**who consent to their inclusion,**

    **Plaintiffs,**

**v.**                                                   **Case No.: 2:14-cv-404-FtM-38CM**

**CIRCLE K STORES, INC., MAC'S**
**CONVENIENCE STORES, LLC,**
**ALIMENTATION COUCHE-TARD**
**INC. and MID-ATLANTIC**
**CONVENIENCE STORES, LLC,**

    **Defendants.**
_____/

**<u>NOTICE OF STATUS OF RELATED CASE</u>**

In accordance with this Court's order dated March 12, 2015 (Doc. 83), the parties respectfully inform the court that the *Charles Grahl, et al. vs. Circle K Stores, Inc., et al.* case, filed in the United States District Court for the District of Nevada, has the following current status:

On August 26, 2015, the Nevada District Court granted Plaintiff's Motion for a Collective Action. *See* attached Docket Entry reflecting Minute Entry from Hearing, attached as Exhibit hereto.

DATED this 10th day of September, 2015.

                                        Respectfully submitted,

                                        */s/ Jennifer Monrose Moore*
                                        William E. Grob, Esq.
                                        Fla. Bar No.: 463124
                                        Jennifer M. Moore, Esq.

Fla. Bar No.: 0035602
Gretchen M. Lehman, Esq.
Fla. Bar No.: 46365
OGLETREE, DEAKINS, NASH, SMOAK &
STEWART, P.C.
100 North Tampa Street, Suite 3600
Tampa, FL  33602
Telephone:  813.289.1247
Facsimile:  813.289.6530
william.grob@ogletreedeakins.com
jennifer.moore@ogletreedeakins.com
gretchen.lehman@ogletreedeakins.com
*Attorneys for Defendants*

### CERTIFICATE OF SERVICE

I certify that, on this 10th day of September, 2015, I electronically filed the foregoing document using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record: Plaintiff's counsel: Mitchell L. Feldman, Feldman Law Group, P.A., 1715 N. Westshore Blvd., Ste. 400, Tampa, FL 33607.

*/s/ Jennifer Monrose Moore*
Attorney

22337567.1

2