# EXHIBIT A

**United States District Court**
**District of Nevada (Las Vegas)**
**CIVIL DOCKET FOR CASE #: 2:14-cv-00305-RFB-VCF**

Grahl v. Circle K Stores
Assigned to: Judge Richard F. Boulware, II
Referred to: Magistrate Judge Cam Ferenbach
Cause: 29:201 Fair Labor Standards Act

Date Filed: 02/27/2014
Jury Demand: Plaintiff
Nature of Suit: 710 Labor: Fair Standards
Jurisdiction: Federal Question

**Plaintiff**

**Charles Grahl**  represented by  **Andrew L Rempfer**
Law Offices of Steven J. Parsons
7201 W. Lake Mead Blvd., #108
Las Vegas, NV 89128
702/384-9900
Fax: 702/384-5900
Email: andrew@sjplawyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph N. Mott**
Law Offices of Steven J. Parsons
7201 W. Lake Mead Blvd.
Las Vegas, NV 89128
702-384-9900
Fax: 702-384-5900
Email: Jmott@sjplawyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven J. Parsons**
Steven J. Parsons, Law Office Of
7201 W Lake Mead Blvd
City Center West, Suite 108
Las Vegas, NV 89128-8354
Email: Steve@sjplawyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Circle K Stores**  represented by  **Anthony L. Martin**
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Wells Fargo Tower

3800 Howard Hughes Pkwy.
Suite 1500
Las Vegas, NV 89169
702-369-6800
Fax: 702-369-6888
Email: anthony.martin@ogletreedeakins.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew L Rempfer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jill Garcia**
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Wells Fargo Tower
3800 Howard Hughes Parkway
Suite 1500
Las Vegas, NV 89169
702-369-6800
Fax: 702-369-6888
Email: jill.garcia@odnss.com
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/26/2015 | 258 | MINUTES OF PROCEEDINGS - Motion Hearing held on 8/26/2015 before the Honorable Richard F. Boulware, II. Crtrm Administrator: *Blanca Lenzi*; Pla Counsel: *Andrew Rempfer, Esq., Joseph Mott, Esq.*; Def Counsel: *Anthony Martin, Esq., Jill Garcia, Esq.*; Court Reporter/FTR #: *Patty Ganci*; Time of Hearing: *1:40 - 3:44 PM*; Courtroom: *7C*.<br><br>The Court makes preliminary statements and hears representations of counsel regarding the 250 Joint Motion for Hearing re: 230 *Scheduling Order* and Plaintiff's 126 Motion to Certify Class. For the reasons stated on the record at the hearing, IT IS ORDERED that Plaintiffs 126 Motion for a Collective Action is GRANTED. The court conditionally certifies a collective action under 29 U.S.C. § 216(b) consisting of persons who are or were employed by Defendant Circle K as a Store Manager anywhere in the United States at any time from October 31, 2011 to present for purposes of FLSA claims brought by these plaintiffs.<br><br>IT IS FURTHER ORDERED that the parties shall resubmit a joint proposal for notice to the class within one week from this day. IT IS FURTHER ORDERED that the parties shall submit a new proposed scheduling order within one week from this day. |

| | | |
|---|---|---|
| | | IT IS FURTHER ORDERED that the Statute of Limitations in this case is tolled from October 31, 2014 until today, August 26, 2015.<br><br>IT IS FURTHER ORDERED that the transcript of the hearing shall serve as the Opinion and Order of the Court.<br><br>(Copies have been distributed pursuant to the NEF - BEL) (Entered: 08/27/2015) |